# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-3039

_____

United States of America

*Plaintiff - Appellee*

v.

Jamal Lewis

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: October 21, 2020
Filed: October 28, 2020
[Unpublished]

_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Jamal Lewis, civilly committed pursuant to 18 U.S.C. § 4246 since 2012, appeals the district court's[1] order revoking his most recent grant of conditional release.

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the

Because the district court did not clearly err in finding that Lewis failed to comply with his prescribed regimen of psychiatric care and that his continued release would therefore create a substantial risk of bodily injury to another person or serious damage to the property of another, *see* 18 U.S.C. § 4246(f), we affirm, *see* 8th Cir. R. 47B. *See United States v. Burleson*, 29 F. App'x 412, 413 (8th Cir. 2002) (per curiam) (standard of review). We also grant counsel's motion to withdraw.

———————————————

Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.